IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Civil Action No. 10-cv-00436-CMA-KLM

MARIONPARK ASSOCIATION, a Colorado non-profit corporation,

    Plaintiff,

v.

THE TRAVELERS INDEMNITY COMPANY OF AMERICA, a Connecticut corporation,

    Defendant.

---

## ORDER OF RECUSAL

---

This matter is before me on a review of the file. Based on my past professional relationship with the law firm of Davis Graham & Stubbs, I believe that I should recuse myself. It is, therefore,

ORDERED that the judge's file be returned to the clerk and that the case be reassigned by random draw.

DATED: March __01__, 2010

                                        BY THE COURT:

                                        _____
                                        CHRISTINE M. ARGUELLO
                                        United States District Judge