IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-00436-RPM

MARIONPARK ASSOCIATION,

    Plaintiff,

v.

THE TRAVELERS INDEMNITY COMPANY OF AMERICA,

    Defendant.

---

## ORDER FOR DISMISSAL

---

Pursuant to the Stipulated Dismissal, with Prejudice [14], filed on July 20, 2010, it is

ORDERED that this action is dismissed with prejudice, each party to assume and pay their own respective attorney fees and costs.

Dated:   July 21st, 2010

                      BY THE COURT:

                      s/Richard P. Matsch
                      _____
                      Richard P. Matsch, Senior District Judge